# United States District Court
## Southern District of Georgia

CONNIE L. WINDHAM,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 5:16-cv-83

WILLIAM P. BARR, in his official capacity as Attorney General of the United States,

Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that in accordance with this Court's Order dated March 28, 2019, Defendant's Motion for Summary Judgment is granted. As such, summary judgment is granted to Defendant on Plaintiff's Title VII action for retaliatory transfer and for retaliatory hostile work environment. This case stands closed.

Approved by: _____

March 28, 2019
Date

Scott L. Poff
Clerk

(By) Deputy Clerk